UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61750-CIV-ALTMAN/Hunt

**THE NORTH FACE APPAREL CORP.**, *et al.*,

    *Plaintiffs*,

v.

**THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"**

    *Defendants*.
_____/

## FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

**THIS MATTER** comes before the Court upon the Plaintiffs' Motion for Entry of Final Default Judgment [ECF No. 34] (the "Motion"). The Court granted the Motion in a separate Order. Pursuant to Federal Rule of Civil Procedure 58(a), the Court hereby **ENTERS THIS SEPARATE FINAL JUDGMENT**.

Accordingly, it is **ORDERED and ADJUDGED** that **Final Default Judgment is hereby entered** in favor of the Plaintiffs, The North Face Apparel Corp., Vans, Inc., TBL Licensing LLC, and Kipling Apparel Corp. (collectively "Plaintiffs"), and against the Defendant Individuals, Partnerships, or Unincorporated Associations identified on Schedule "A" hereto (collectively, the "Defendants") as follows:

(1)    Permanent Injunctive Relief:

The Defendants and their officers, agents, servants, employees and attorneys, and all persons acting in concert and participation with the Defendants are hereby permanently restrained and enjoined from:

a. manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing the Plaintiffs' trademarks, identified in Paragraphs 19, 25, 31, and 37 of the Amended Complaint (the "Plaintiffs' Marks") [ECF No. 15];

b. using the Plaintiffs' Marks in connection with the sale of any unauthorized goods;

c. using any logo, and/or layout which may be calculated to falsely advertise the services or products of the Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with the Plaintiffs;

d. falsely representing themselves as being connected with the Plaintiffs, through sponsorship or association;

e. engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of the Defendants are in any way endorsed by, approved by, and/or associated with the Plaintiffs;

f. using any reproduction, counterfeit, copy, or colorable imitation of the Plaintiffs' Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by the Defendants;

g. affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by the Defendants as being those of the Plaintiffs or in any way endorsed by the Plaintiffs;

h. otherwise unfairly competing with the Plaintiffs;

i. using the Plaintiffs' Marks, or any confusingly similar trademarks, on e-commerce marketplace sites, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any other form of use of such terms which are visible to a computer user or serves to direct computer searches to e-commerce stores, owned, or operated by the Defendants; and

j. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

2

(2) Additional Equitable Relief:

　　a.　In order to give practical effect to the Permanent Injunction, upon Plaintiffs' request, the Internet marketplace website operators and/or administrators for the Internet based e-commerce stores operating under the seller identification names identified on Schedule "A" hereto (the "Seller IDs"), including but not limited to DHgate.com, eBay Inc., and Amazon.com, Inc., shall permanently remove from the multiple platforms, which include, *inter alia*, a Direct platform, Group platform, Seller Product Management platform, Vendor Product Management platform, and Brand Registry platform, any and all listings and associated images of goods bearing counterfeits and/or infringements of the Plaintiffs' Marks via the e-commerce stores operating under the Seller IDs, including but not limited to the listings and associated images identified by the "parent" and/or "child" Amazon Standard Identification Numbers ("ASIN") on Schedule "A" hereto, and upon the Plaintiffs' request, any other listings and images of goods bearing counterfeits and/or infringements of the Plaintiffs' Marks associated with and/or linked to the same sellers or linked to any other alias seller identification names being used and/or controlled by the Defendants to promote, offer for sale and/or sell goods bearing counterfeits and/or infringements of the Plaintiffs' Marks; and

　　b.　Upon the Plaintiffs' request, any Internet marketplace website operator and/or administrator who is in possession, custody, or control of the Defendants' goods bearing and/or using one or more of the Plaintiffs' Marks, including but not limited to DHgate.com, eBay Inc., and Amazon.com, Inc., shall permanently cease fulfillment of and sequester those goods, and surrender the same to the Plaintiffs.

(3) Statutory damages in favor of the Plaintiffs pursuant to 15 U.S.C. § 1117(c):

　　a.　Award the Plaintiffs damages of $1,000,000.00 against each Defendant, for which let execution issue, based upon the Court's finding that the Defendants infringed at least one trademark on one type of good. The Court considered both the willfulness of the Defendants' conduct and the deterrent value of the award imposed. **The awarded amount falls within the permissible statutory range under 15 U.S.C. § 1117(c)**.

(4) All funds currently restrained or held on account for all Defendants by all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including, but not limited to, Dunhuang Group which operates the DHgate.com and DHPay.com platforms, Camel FinTech Inc, PayPal, Inc. ("PayPal"), Amazon Payments, Inc. ("Amazon"), and their related companies

and affiliates, are to be immediately (within five business days) transferred by the previously referred to financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms and by Defendants, to Plaintiffs and/or Plaintiffs' counsel in partial satisfaction of the monetary judgment entered herein against each Defendant. All financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to Dunhuang Group which operates the DHgate.com and DHPay.com platforms, Camel FinTech Inc, PayPal, Amazon, and their related companies and affiliates, shall provide to Plaintiffs at the time the funds are released, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) the total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) the total funds released per Defendant to Plaintiffs.

(5) Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

(6) The bond posted by the Plaintiff in the amount of $10,000.00 is hereby ordered released by the Clerk.

(7) The Court retains jurisdiction to enforce this Final Default Judgment and Permanent Injunction.

(8) This case remains open as to Defendant Numbers 7, 12, 26, 51, 53, 57, 64, 66, 73, 75, 77, 91, 92, 94, 97, 98, 101, 108, 109, 111, 115, 116, 117, 121, 122, 125, 129, 131, 134, 141, 146, 152, 168, 175, 187, and 188 [ECF No. 33], ONLY, until further Order from the Court.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 10th day of November 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

## SCHEDULE "A"
## DEFENDANTS BY NUMBER, SELLER ID, STORE NUMBER, FINANCIAL ACCOUNT, AND INFRINGING PRODUCT NUMBER

| Defendant Number | Defendant / Seller ID | Store Number / Payment Account | Infringing Product No. / ASIN |
|---|---|---|---|
| 1 | Ahwvvae | 21241345 | 537667329 |
| 2 | Bei1975 | 21422278 | 515873443 |
| 2 | Enterone | 21216185 | 541658908 |
| 3 | Beibeishopstore | 21117558 | 491061902 |
| 4 | Blackhero | 21372599 | 507252738 |
| 5 | Bluehero | 21372383 | 507252562 |
| 6 | Cahero | 21372390 | 507252515 |
| 8 | Clothes1shop666 | 20768270 | 411931919 |
| 9 | Dhgate_outdoors | 21283924 | 490708726 490707980 |
| 10 | Dhgate_zhang | 20539397 | 508126916 |
| 11 | Ethika | 21518173 | 541655057 |
| 13 | Fengyun1028 | 21063886 | 528908362 |
| 14 | Fred886 | 21221047 | 531020316 |
| 15 | Gibjl65441665 | 21047533 | 488878369 |
| 16 | Goodfaith958 | 20933977 | 438498473 |
| 17 | Greedycat12 | 20625085 | 471889364 |
| 18 | Gyhome | 21155948 | 438864007 |
| 19 | Haohi | 20819925 | 476716475 |
| 20 | Heroallen1988 | 21363382 | 507252604 |
| 21 | Hjygn716 | 20700726 | 477387108 |
| 22 | jiaxingdress | 21169377 | 553078196 |
| 23 | Jingyaning01 | 20699491 | 479205645 |
| 24 | Leecoen | 21361959 | 508992235 |
| 25 | Lilili123456789 | 21154058 | 454079369 |
| 27 | Ls13367333629 | 21404636 | 526296780 |
| 28 | Malanwangwang | 21122835 | 456560309 |
| 29 | Megoo | 21136642 | 507578218 |
| 30 | Mimang02 | 21174561 | 518409167 |
| 31 | Mrzhang88 | 21011817 | 424293601 |
| 32 | Pingshunli1688 | 21049207 | 512582362 |
| 33 | Qingsong2017 | 20744618 | 466685596 |
| 34 | Rhythmkw | 21232287 | 475356932 |
| 35 | Singer235 | 21077930 | 451812841 |
| 36 | Snow8686 | 21302434 | 527119188 |
| 37 | Suwai | 20330146 | 473745226 |
| 38 | Ukcoen | 21345252 | 507578246 |
| 39 | Ukhero | 21372389 | 507252932 |
| 40 | Upupone | 21216179 | 541656607 |

| | | | |
|---|---|---|---|
| 41 | Victor_wong | 20124171 | 419791586 |
| 42 | Woerwofa666 | 21055796 | 497084489 |
| 43 | Xia5675 | 21384466 | 505111885 |
| 44 | Xiaoyang1111 | 20939993 | 488639789 |
| 45 | Xiaoyunwang896 | 20350864 | 422610905 |
| 46 | Xiatian889 | 20819755 | 501464106 |
| 47 | Xinqidian1964 | 21220160 | 445998551 |
| 48 | Zhaokunpeng666 | 21193793 | 451227874 |
| 49 | B23shoes | 21544263 | 565178522 |
| 50 | Bestboss1314 | 21389934 | 514632916 |
| 52 | Caifudiandhgate | 21511989 | 545041194 |
| 54 | Chaoshuai518 | 20625091 | 416758327 |
| 55 | Clothstore001 | 21437645 | 530089689 |
| 56 | Croco666 | 21221043 | 531022558 |
| 58 | Dugate1 | 20492559 | 412636263 |
| 59 | Dugate10 | 20515186 | 429541570 |
| 60 | Facai223 | 20146001 | 434442495 |
| 61 | Haonbanwotongxing | 19904034 | 510336150 |
| 62 | Havecar | 21174680 | 517360277 |
| 63 | Hellocompanys | 21511874 | 543469933 |
| 65 | Huangjinjia2020 | 21437602 | 531024492 |
| 67 | Jacket899 | 21298691 | 517876927 |
| 68 | Jerseyse3 | 20639359 | 467718091 |
| 69 | Kids_family08 | 21149312 | 468268530 |
| 70 | Kiko11 | 20634399 | 397342062 |
| 71 | Kiko4 | 20566581 | 464909086 |
| 72 | Kiko7 | 20607664 | 426758918 |
| 74 | lino520 | 21433444 | 565340919 |
| 76 | Luckystore68 | 21423509 | 511674641 |
| 78 | Majiejiasong | 20200421 | 561148870 |
| 79 | Meijinkuailai | 21196742 | 527688706 |
| 80 | New2200 | 21297796 | 547232941 |
| 81 | Qianandhgate | 21511973 | 546282749 |
| 82 | Qiananshopping | 21507077 | 542839556 |
| 83 | Sjh1818 | 21419255 | 508808389 |
| 84 | Sjl0123 | 21212841 | 528009549 |
| 85 | Sport0077 | 20643056 | 528805849 |
| 86 | Sweatseller | 20466797 | 562507489 |
| 87 | Tophat10 | 20920148 | 416445132 |
| 88 | Tradeway1101 | 20958114 | 422848461 |
| 89 | Waimaoren2019 | 21247336 | 454537037 |
| 90 | Wechat_x121288153 | 21261873 | 532069289 |
| 93 | Wwww125 | 21174598 | 437752616 |
| 95 | Xmjmt | 21114880 | 480255313 |
| 96 | Xx992 | 21230658 | 526386915 |

| | | | |
|---|---|---|---|
| 99 | Zhaomao123 *aka* AN AN | 21429836 | 514445740 |
| 100 | Zygmeilirensheng888 | 21408258 | 505281762 |
| 102 | Airforce1982 | 21383411 | 507786087 |
| 103 | Bilityty | 21211175 | 470698718 |
| 104 | capablele *aka* Air Max 270 React | 21211176 | 475285078 |
| 105 | Cheap_jd_store *aka* Basketball Shoe | 20246270 | 422079099 |
| 106 | Cheap_jordan_shoes *aka* Basketball Shoe | 20224604 | 465091698 |
| 107 | cheap_nk_shoes | 20213389 | 433953672 |
| 110 | drop_shipping_2019 | 21209013 | 491289267 |
| 112 | dropshipping_store | 21209616 | 482926697 |
| 113 | Fashion_time | 19991317 | 503910085 |
| 114 | Good_smile | 21210983 | 460883818 |
| 118 | laynegale | 20053937 | 398148708 |
| 119 | Lixujerseys | 20690462 | 457770616 |
| 120 | luxury_trainers | 21208255 | 487336938 |
| 123 | men_shoes_2019 | 21208524 | 479146965 |
| 124 | Muxin2018 | 21027261 | 500728734 |
| 126 | My_sport | 20827294 | 491203731 |
| 127 | Nian5521 | 21043753 | 451106373 |
| 128 | o8rou | 21185883 | 503902351 |
| 130 | Runningshoes_shop *aka* Synth | 21217711 | 515183521 |
| 132 | sports_shoes_2019 | 21209613 | 478481321 |
| 133 | sports720shoes | 21336734 | 500631092 |
| 135 | surprises | 20052439 | 393797971 |
| 136 | uunshine | 21211326 | 474727531 |
| 137 | Vapor007 | 21042485 | 459581292 |
| 138 | Vapormax2018 | 20940392 | 480504091 |
| 139 | vnbcr | 21180707 | 501918547 |
| 140 | wclothing | 21160282 | 502653959 |
| 142 | wholesaleshoes2016 | 20366154 | 468273196 |
| 143 | yeezy350v2v1shoes | 20940449 | 482913802 |
| 144 | airretroshoes *aka* Air Force 1 | 20507774 | 407382749 |
| 145 | Athletic_shoes_2019 | 21208765 | 477827896 |
| 147 | cheap_running_shoes | 20507625 | 401785339 402832235 |
| 148 | classic_sports_shoes | 21209314 | 498840217 |
| 149 | mangoesportshoes *aka* Best TN Shoes Seller | 20779717 | 406680096 |
| 150 | nike_flagship_store | 20222487 | 402371890 |

| 151 | Annelily | 20695092 | 413946177 |
|---|---|---|---|
| 153 | helloclients | 20294662 | 454533900 |
| 154 | Highqualityshoes88 | 21109542 | 436293693 |
| 155 | Joe_he | 20294660 | 456363117 |
| 156 | novastore | 19960582 | 484577103 |
| 157 | Prettyman | 21165063 | 489406061 |
| 158 | ss1991 | 20311153 | 487243585 |
| 159 | Xingfubaobei1588 | 20668672 | 462557538 |
| 160 | aitotrade | abdelaaliaitomar7@gmail.com | |
| 161 | fxianglia0 | fuxianglian4251@outlook.com | |
| 162 | janna_promo | elghalim145@gmail.com | |
| 163 | luxxemode | omarchouitar@gmail.com | |
| 164 | primelanka_84 *aka* PRIME HOLDING *aka* PRIMELANKAH | primelankaholdings18@gmail.com | |
| 165 | qi9345 | wuqinyi2011@outlook.com | |
| 166 | wufame-19 *aka* xuanying1987 | wufameng6715@outlook.com | |
| 167 | alfiaadity0 | cilokyunus@gmail.com | |
| 169 | lioulehuang2005 | lebo95612@163.com | |
| 170 | wilsonstore94 | walidsq1994@hotmail.com | |
| 171 | yansuit2588 | yansuitshop1588@hotmail.com | |
| 172 | ykksuitshop168 | chengxiaowei1582@hotmail.com | |
| 173 | yuejiancao14 | dy5rtyu6uyfghfh@yeah.net | |
| 174 | 4389770 | longjinglixiu_888@163.com | |
| 176 | aseyan-72 | asen4750@163.com | |
| 177 | dinamarli_0 | 2M086978BF506220V | |
| 178 | fajbafaja | fajriahembuy@gmail.com | |
| 179 | fengyan11 | smily1997@163.com | |
| 180 | hanfei687187884_2 | bdgfff8653@yeah.net | |
| 181 | hk.8666 | hk866shop@163.com | |
| 182 | ilharamadhananugera0 | iramadhananugerah@gmail.com | |
| 183 | store_no.1 | store_no1@126.com | |
| 184 | sudandan_9 | dansu_9@sina.com | |
| 185 | xiaoxiyan_0 | qiaojiazm6038@yeah.net | |
| 186 | xiufanwan-0 | bdfcxf3588@yeah.net | |
| 189 | xinta5015 | A22ZTA8VKCD23 | B0821F1128 B081TV1CD7 |